**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 14, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00439-CV

**LONNIE L. MOORE, Appellant**

**V.**

**BRAND ENERGY SERVICES, LLC, ET AL, Appellee**

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2016-52197**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed March 14, 2018. On June 11, 2018, appellant filed a notice of non-suit. We construe the filing as a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.